FILED
2010 MAR 31 PM 3:50
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CATHERINE CHRESTMAN

Plaintiff,

v.  Case No.: 3:09-cv-252-J-20JRK

SHELTER PROPERTIES IV., L.P.
a South Carolina partnership; and O.P.
PROPERTY MANAGEMENT, LLC,
a Delaware Limited Liability Company

Defendants.

_____/

## ORDER

The Parties have reported that this case has been completely resolved (*See* Doc. 16, filed March 30, 2010). Based on the Local Rules of the Middle District of Florida, it is **ORDERED AND ADJUDGED**:

1. The above case is hereby **DISMISSED without prejudice**, subject to the right of any party to move this Court, within sixty (60) days hereof, for the purpose of entering a Dismissal with prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings.

2. The Clerk of Court is instructed to terminate all pending motions and close the file.

**DONE AND ENTERED** in Jacksonville, Florida, this 31st day of March, 2010.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Robert F. Kulik, Esq.
Kevin J. Kulik, Esq.
Robert S. Horwitz, Esq.
Steven G. Schwartz, Esq.